IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** McBride, Jerome T | Case Number: 07 B 06596 |
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 4/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 13, 2008
Confirmed: June 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,000.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 945.45 |
| Trustee Fee: | | 54.55 |
| Other Funds: | | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,499.00 | 945.45 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 1,159.00 | 0.00 |
| 3. | Internal Revenue Service | Priority | | No Claim Filed |
| 4. | AFNI | Unsecured | | No Claim Filed |
| 5. | Devon Bank | Unsecured | | No Claim Filed |
| 6. | Barnes Auto Finance | Unsecured | | No Claim Filed |
| 7. | Bank One | Unsecured | | No Claim Filed |
| 8. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 9. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 10. | Premier Credit | Unsecured | | No Claim Filed |
| | | | $ 3,658.00 | $ 945.45 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 51.30 |
| 6.5% | 3.25 |
| | $ 54.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  McBride, Jerome T

Printed:  9/23/08

Case Number:  07 B 06596
Judge:  Squires, John H
Filed:  4/12/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

